JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11
12

ELIZABETH REED

Case No. 2:19-cv-08570-AB (GJSx)

13

Plaintiff,

14

v.

ORDER DISMISSING CIVIL ACTION

15
16

COSTCO WHOLESALE
CORPORATION; and DOES 1
through 20,

17
18

Defendant.

19        THE COURT having been advised by counsel that the above-entitled action has

20   been settled;

21        IT IS THEREFORE ORDERED that this action is hereby dismissed without

22   costs and without prejudice to the right, upon good cause shown within **45 days,** to re-

23   open the action if settlement is not consummated.  This Court retains full jurisdiction

24   over this action and this Order shall not prejudice any party to this action.

25   Dated:  December 3, 2020        _____

26                                  ANDRÉ BIROTTE JR.

27                                  UNITED STATES DISTRICT JUDGE

28

1.